1  Gregory M. Fox, State Bar No. 070876
   Joanne Tran, State Bar No. 294402
2  BERTRAND, FOX & ELLIOT
   The Waterfront Building
3  2749 Hyde Street
   San Francisco, California 94109
4  Telephone:     (415) 353-0999
   Facsimile:     (415) 353-0990
5  gfox@bfesf.com

6  Attorneys for Defendant
   CITY OF SUNNYVALE

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

| | |
|---|---|
| D.V., a minor, Successor-in-Interest for Decedent JUAN CARLOS RUELAS, by and through his Guardian Ad Litem Rosemary Viramontes; JOSE RUELAS, an individual and REBECA RUELAS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SUNNYVALE, a municipal corporation; CITY OF SANTA CLARA; a municipal corporation; COUNTY OF SANTA CLARA, a municipal corporation, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. CV14-02155 RMW <br><br> **STIPULATION AND [] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AS TO DEFENDANT CITY OF SUNNYVALE ONLY** <br><br><br><br><br><br> Hon. Ronald M. Whyte |

        IT IS HEREBY STIPULATED by and between Plaintiffs D.V., a minor, Successor-in-Interest for Decedent Juan Carlos Ruelas, by and through his Guardian Ad Litem Rosemary Viramontes, Jose Ruelas and Rebeca Ruelas, acting by and through their attorney Ben Nisenbaum, and Defendant City of Sunnyvale, by and through its counsel of record, Gregory M. Fox (hereinafter "Parties") as follows:

        Plaintiffs, acting by and through their counsel of record, dismisses their complaint and all claims

1

1  included therein with prejudice as to Defendant City of Sunnyvale only.  The Parties agree that each
2  party will bear its own costs and attorneys' fees, and further request that the Court Order this dismissal as
3  to the City of Sunnyvale only.
4        Co-defendants City of Santa Clara, acting by and through their counsel of record, Jon A.
5  Heaberlin, and County of Santa Clara, acting by and through their counsel of record, Michael C.
6  Serverian, have no objections to this Stipulation and hereby joins in this Stipulation.
7        IT IS SO STIPULATED.

Dated:  December 17, 2014                                        BERTRAND, FOX & ELLIOT

                                                               By:   /s/
                                                                  Gregory M. Fox
                                                                  Joanne Tran
                                                                  Attorneys for Defendant
                                                                  CITY OF SUNNYVALE

DATED:  December 17, 2014                                        LAW OFFICES OF JOHN L. BURRIS

                                                               By:   /s/
                                                                 John L. Burris
                                                                Ben Nisenbaum
                                                                Attorneys for the Plaintiffs

DATED:  December 17, 2014                                        RANKIN STOCK HEABERLIN

                                                               By:   /s/
                                                                Jon A. Heaberlin
                                                                Attorneys for the Defendants
                                                                CITY OF SANTA CLARA

STIPULATION AND [] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AS TO DEFENDANT CITY OF SUNNYVALE ONLY
*V, et al. v. City of Sunnyvale, et al.*, USDC Northern Dist. Case No. 5:14-cv-02155 RMW

DATED: December 17, 2014                         OFFICE OF THE COUNTY COUNSEL

By:       /s/
    Orry P. Korb
    Michael C. Serverian
    Attorneys for the Defendants
    COUNTY OF SANTA CLARA

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or been authorized by all counsel to show his or her signature on this Stipulation as /s/.

Dated: December 17, 2014                         By:       /s/
    Joanne Tran

### ORDER

Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that plaintiffs' complaint and action herein is dismissed in full and with prejudice as to defendant City of Sunnyvale only, each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated: December ___FÌ___, 2014                         *Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL
CLAIMS AS TO DEFENDANT CITY OF SUNNYVALE ONLY
*V, et al. v. City of Sunnyvale, et al.*, USDC Northern Dist. Case No. 5:14-cv-02155 RMW