1   ORRY P. KORB, County Counsel (S.B. #114399)
    MICHAEL C. SERVERIAN, Deputy County Counsel (S.B. #133203)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
3   San Jose, California  95110-1770
    Telephone: (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendant
    COUNTY OF SANTA CLARA

6

7

8                   UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11  D.V., a minor, Successor-in-Interest for Decedent        No.   CV14-02155 RMW
    JUAN CARLOS RUELAS, by and through his
12  Guardian ad Litem Rosemary Viramontes; JOSE      **STIPULATION AND [] ORDER**
    LUIS RUELAS, and REBECA RUELAS,                  **FOR DISMISSAL WITH PREJUDICE OF**
13                                                   **ALL CLAIMS AS TO DEFENDANT**
                Plaintiffs,                          **COUNTY OF SANTA CLARA ONLY**
14

15  v.

16  CITY OF SUNNYVALE, CITY OF SANTA
    CLARA, COUNTY OF SANTA CLARA, and
17  DOES 1-50, inclusive,

18              Defendants.

19          IT IS HEREBY STIPULATED by and between Plaintiffs D.V., a minor, Successor-in-

20  Interest for Decedent Juan Carlos Ruelas, by and through his Guardian Ad Litem Rosemary

21  Viramontes, Jose Ruelas and Rebeca Ruelas, acting by and through their attorney Ben Nisenbaum,

22  and Defendant County of Santa Clara, by and through its counsel of record, Michael Serverian

23  (hereinafter "Parties") as follows:

24          Plaintiffs, acting by and through their counsel of record, dismisses their complaint and all

25  claims included therein with prejudice as to Defendant County of Santa Clara only.  The parties

26  agree that each party will bear its own costs and attorneys' fees, and further request that the Court

27  Order this dismissal as to the County of Santa Clara only.

28  / /

                                            1

1     Co-defendant City of Santa Clara, acting by and through their counsel of record, Jon A.

2  Heaberlin has no objection to this Stipulation and hereby joins in this Stipulation.

3     I hereby attest that I have on file all holographic signatures corresponding to any signatures

4  indicated by a conformed signature (/S/) within this e-filed document.

5     IT IS SO STIPULATED.

6                                         ORRY P. KORB
                                          County Counsel
7

8  Dated: January 13, 2015         By:  _____/S/_____
                                          MICHAEL C. SERVERIAN
9                                         Deputy County Counsel

10                                        Attorneys for Defendant
                                          COUNTY OF SANTA CLARA
11

12                                        LAW OFFICES OF JOHN L. BURRIS

13

14 Dated: January 13, 2015         By:  _____/S/_____
                                          JOHN L. BURRIS
15                                        BEN NISENBAUM

16                                        Attorneys for Plaintiffs

17

18                                        RANKIN STOCK HEABERLIN

19

20 Dated: January 13, 2015         By:  _____/S/_____
                                          JON A. HEABERLIN
21
                                          Attorneys for Defendant
22                                        CITY OF SANTA CLARA

23

24

25

26

27

28

                                          2

1

**ORDER**

2        Having reviewed the Stipulation of the parties and good cause appearing, IT IS HEREBY

3    ORDERED that plaintiffs' complaint and action herein is dismissed in full and with prejudice as to

4    Defendant County of Santa Clara only, each party to bear their own costs and fees.

5        IT IS SO ORDERED.

6    Dated: _____       *Ronald M. Whyte*
                                         _____
7                                        HONORABLE RONALD M. WHYTE
                                         United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     1041490
28

                                          3

Stipulation and  Order for Dismissal with Prejudice                          CV14-02155 RMW
Of all Claims at to Defendant County of Santa Clara