JON A. HEABERLIN (SBN 199810)
**RANKIN | STOCK | HEABERLIN**
96 No. Third Street, Suite 500
San Jose, California 95112-7709
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: jheaberlin@rllss.com

Attorneys for Defendants
JACOB THOMPSON, JUSTIN MEAD, TRAVIS NIESEN, and GREG HILL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D.V., a minor, Successor-in-Interest for Decedent JUAN CARLOS RUELAS, by and through his Guardian ad Litem Rosemary Viramontes; JOSE LUIS RUELAS, an individual and REBECA RUELAS, an individual,<br><br>  Plaintiffs,<br><br>vs.<br><br>JACOB THOMPSON, individually, JUSTIN MEAD, individually, CORY MORGAN, individually, TRAVIS NIESEN, individually, GREG HILL, individually, TYLER FERNANDES, individually, and DOES 7-50, inclusive,<br><br>  Defendants. | Case No. C14-02155 RMW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date:** April 24, 2015<br>**Time:** 10:30 a.m.<br>**Courtroom:** 6 (4th Floor) |

[APPLICATION HAVING BEEN MADE and GOOD CAUSE APPEARING, the Case Management Conference set for April 24, 2015 shall be continued to _____, 2015, at 10:30 a.m., in Dept. 6. An updated *Joint Case Management Conference Statement* shall be filed on or before _____, 2015.]

//

1   [APPLICATION HAVING BEEN MADE and GOOD CAUSE APPEARING, Saman Khan, Esq. may appear at the April 24, 2015 Case Management Conference in lieu of Jon Heaberlin, Esq.

DATED: _____

*Ronald M. Whyte*
JUDGE OF THE U.S. DISTRICT COURT