1    JOHN L. BURRIS, Esq., SBN 69888
     BEN NISENBAUM, Esq. SBN 222173
2    LAW OFFICES OF JOHN L. BURRIS
     Airport Corporate Center
3    7677 Oakport Street, Suite 1120
     Oakland, California 94621
4    Telephone: (510) 839-5200 Facsimile: (510) 839-3882
     John.Burris@johnburrislaw.com
5

6    Attorneys for Plaintiffs

7
                    UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10                                  )  Case No.: C-14-2155-RMW
                                    )
11   D.V., a minor, Successor-in-Interest for  )
     Decedent JUAN CARLOS RUELAS, by  )  (~~PROPOSED~~) CASE SCHEDULING
12   and through his Guardian ad Litem  )  ORDER
     Rosemary Viramontes. JOSE LUIS  )
13   RUELAS, an individual; REBECA  )
     RUELAS, an individual,         )
14                                  )
                                    )
15             Plaintiffs,          )
                                    )
16        v.                        )
                                    )
17   JACOB THOMPSON, individually; JUSTIN  )
     MEAD, individually; CORY MORGAN,  )
18   individually; TRAVIS NIESEN, individually;  )
     GREG HILL, individually; TYLER  )
19   FERNANDES, individually; and  DOES 7-  )
     50, inclusive,                 )
20                                  )
                                    )
21             Defendants.          )
                                    )
22                                  )
                                    )
23                                  )
                                    )
24                                  )
                                    )
25   _____)

26

27

28   (~~Proposed~~) Case Scheduling Order                          1
     D.V., et al. v. JACOB THOMPSON, et al.
     Case No. C-14-2155 RMW

1

## CASE SCHEDULING ORDER

2

Based on the parties' joint case management conference statement and the case

3

management conference on July 10, 2015,

4

IT IS ORDERED that the presumptive limits on discovery set for the in the

5

Federal Rules of Civil Procedure shall apply to this case.

6

7

IT IS FURTHER ORDERED that the parties shall participate in a settlement

8

conference with Magistrate Judge Nathanael Cousins within 4 months from July 10,

9

2015.  The parties shall promptly contact him to schedule the settlement conference.

10

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

11

Discovery Cut-off:                                                May 31, 2016

12

Designation of Opening Experts with Reports:          April 29, 2016

13

Dispositive Motions Filed Timely To Be Heard On:    July 29, 2016

14

Pretrial Conference Statements Filed by:                   August 1, 2016

15

16

Pretrial Conference held on:                                    September 1, 2016

17

Trial Date:                                                           September 12, 2016

18

19

Respectfully submitted,

20

**The Law Offices of John L. Burris**

21

22

Dated: July 20, 2015          */s/ John L. Burris*
                                          John L. Burris, Esq.

23

IT IS SO ORDERED.

24

25

DATE:_ 9/11/2015_____

26

*Ronald M. Whyte*
Hon. RONALD M. WHYTE
United States District Judge

27

28

(Proposed) Case Scheduling Order
D.V., et al. v. JACOB THOMPSON, et al.
Case No. C-14-2155 RMW

2