| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973) |
| 2 | Acting United States Attorney |
|   | ALEX G. TSE (CABN 152348) |
| 3 | Chief, Civil Division |
|   | WARREN METLITZKY (CABN 220758) |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7066
Facsimile:  (415) 436-6748
Email:  warren.metlitzky@usdoj.gov

Attorneys for Defendants
CORY MORGAN, TYLER FERNANDES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D.V., a minor, Successor-in-Interest for Decedent JUAN CARLOS RUELAS, by and through his Guardian Ad Litem Rosemary Viramontes; JOSE RUELAS, an individual and REBECA RUELAS, an individual, | Case No. CV-14-02155 RMW (NC) |
| | **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| Plaintiffs, | |
| v. | Honorable Ronald M. Whyte |
| JACOB THOMPSON, individually; JUSTIN MEAD, individually; CORY MORGAN, individually; GREG HILL, individually; TRAVIS NIESEN, individually; TYLER FERNANDES, individually; and DOES 7-50, inclusive, | |
| Defendants. | |

Subject to the approval of the court, the parties hereby stipulate and request that the October 8, 2015 settlement conference be continued until November 13, 2015.

1  The parties request a continuance of the October 8, 2015 settlement conference because
2  defendants Cory Morgan and Tyler Fernandes are unavailable on that date, as both are on paternity leave.
3  Counsel informed the other parties of this unavailability and the parties agreed to request a continuance
4  of the settlement conference. The Court has advised that it is available for a settlement conference on
5  November 13, 2015. The parties have filed a separate stipulation with Judge Whyte to extend the
6  deadline by which to complete ADR. Continuing the settlement conference will have no other effect on
7  the case schedule, and the parties have not requested any other continuance of the settlement conference.
8  Whereby, the parties stipulate and request that the October 8, 2015 settlement conference be
9  continued to November 13, 2015.

Respectfully submitted,

DATED: October 5, 2015                LAW OFFICES OF JOHN L. BURRIS

                                      By: _____/s/_____
                                          John L. Burris
                                          Ben Nisenbaum
                                          Attorney for the Plaintiffs

DATED: October 5, 2015                RANKIN STOCK HEABERLIN

                                      _____/s/_____
                                      JON HEABERLIN
                                      Attorney for the Defendants
                                      JACOB THOMPSON, JUSTIN MEAD,
                                      GREG HILL, AND TRAVIS NIESEN

DATED: October 5, 2015                BRIAN J. STRETCH
                                      Acting United States Attorney
                                      _____/s/_____
                                      WARREN METLITZKY
                                      Assistant United States Attorney
                                      Attorneys for the Defendants
                                      MORGAN & FERNANDES

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: October 5, 2015

                                      HONORABLE
                                      UNITED STATES

GRANTED
Judge Nathanael M. Cousins

STIP TO CONT SETTLEMENT CONF
Case No. CV-14-02155 RMW