UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL VIRAMONTES,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 15-cv-05393-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Whyte for consideration of whether or not the case is related to *D.V. v. City of Sunnyvale*, Case No. 14-cv-02155-RMW.

The Case Management Conference, set for March 17, 2016, is VACATED. The Court will set a new CMC date if Judge Whyte determines that the cases should not be related.

**IT IS SO ORDERED.**

Dated: March 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge